IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EQUAL EMPLOYMENT OPPORTUNITY                                   PETITIONER
COMMISSION

v.                    Case No. 3:10-mc-4-DPM

OSCEOLA NURSING HOME LLP                                       RESPONDENT
doing business as
Osceola Healthcare

ORDER

Respondent's unopposed request to continue the February 25th hearing, see attached, is granted for good cause. The hearing will be held 8 March 2011 at 1:00 P.M. in Jonesboro, Courtroom #324. The parties' obligations and subpoena authority (as outlined in the Court's earlier hearing orders) remain unchanged.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 Feb. 2011